**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**

*March 04, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In the Matter of the Application by the United States of America for a Search Warrant of:**<br><br>SERVMED RX PHARMACY AT 307 S. FRIENDSWOOD DR., STE. D1, FRIENDSWOOD, TEXAS 77546 (**TARGET PREMISES #1**);<br><br>A T-MOBILE PHONE WITH PHONE NUMBER 346-579-1272 AND IMSI 310260404178803 (**TARGET PREMISES #2**);<br><br>AN AT&T PHONE WITH PHONE NUMBER 409-270-5080 AND IMSI 310280079454066 (**TARGET PREMISES#3**); and<br><br>A GRAY 2015 BMW 528, PLATE # PYN681 VIN# WBA5A7C58FG142807 (**TARGET PREMISES #4**) | Case No.   **4:25-mc-5529 to 5532**<br><br>**UNDER SEAL** |

### UNITED STATES' AMENDED MOTION TO SEAL WARRANT DOCUMENTS

TO THE HONORABLE COURT,

The government files this Motion to Seal the Search Warrant Documents in the above-referenced matter.

The government requests that the Application for a Search Warrant, the Affidavit in support of the Application for the Search Warrant and the Attachments thereto, the Search and Seizure Warrant, the Motion to Seal, and the Order to Seal (collectively, the "Search Warrant Documents"), be sealed for a period of 180 days. The sealing of these documents is necessary to protect the integrity of the ongoing investigation and to prevent destruction and tampering of evidence that is necessary to complete the investigation. Premature disclosure of these documents could have a significant and negative impact on the ability to continue the investigation and severely jeopardize the effectiveness of the investigation.

Therefore, the government respectfully requests the Court to seal the Search Warrant Documents for 180 days, and that no person shall have access to these documents except the Clerk of the Court or the Clerk's designated deputies, attorneys for the United States, authorized representative and agents of agencies involved in the investigation, and those otherwise acting pursuant to the Court's orders.

Respectfully submitted,

Nicholas J. Ganjei
United States Attorney

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

*/s/ Drew Pennebaker*
Drew Pennebaker
Trial Attorney
Fraud Section, Criminal Division
Department of Justice
andrew.pennebaker@usdoj.gov
(202) 597-0683

Date:   March 4, 2025